IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KIMBERLY K. NELSON, | ) | CASE NO: 5:15CV256 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | JUDGE NUGENT |
| | ) | MAGISTRATE JUDGE McHARGH |
| | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY ADMINISTRATION, | ) | **REPORT & RECOMMENDATION** |
| | ) | **REGARDING PARTIES'** |
| Defendant. | ) | **JOINT STIPULATION TO REMAND** |

Upon consideration of the Parties' Joint Stipulation to Remand (Doc. 14), the Magistrate Judge recommends the stipulation be GRANTED and this action be remanded for further administrative proceedings consistent therewith.

IT IS SO RECOMMENDED.

> /s Kenneth S. McHargh
> Kenneth S. McHargh
> United States Magistrate Judge

Date: September 24, 2015.