UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KIMBERLY K. NELSON, | ) | CASE NO. 5:15 CV 256 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | ORDER ADOPTING |
| | ) | REPORT AND RECOMMENDATION |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY ADMINISTRATION | ) | |
| | ) | |
| Defendant. | ) | |

As the parties have filed a Joint Stipulation to Remand (ECF #14), Magistrate Judge McHargh's Report and Recommendation recommending that this action be remanded for further administrative proceedings consistent with that stipulation is hereby adopted without objection.

IT IS SO ORDERED.

Date: November 17, 2015

DONALD C. NUGENT
United States District Judge